UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C&A MARKETING, INC., a New Jersey Company,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>TOP SHELF A/C CORPORATION, a New York Corporation; ERNEST ARBUCCI, an individual; JOHN DOES 1-10,<br><br>　　　　　Defendants. | Civil Action No. 2:19-cv-17757<br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL**<br><br>*Electronically Filed* |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff C&A Marketing, Inc. hereby voluntarily dismisses all claims in this action with prejudice and without costs to any party.

Dated: December 9, 2019

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　AMSTER ROTHSTEIN, & EBENSTEIN LLP

　　　　　　　　　　　　　　　　　　*s/ Mark Berkowitz*
　　　　　　　　　　　　　　　　　　Mark Berkowitz
　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　Tel: (212) 336-8000
　　　　　　　　　　　　　　　　　　Fax: (212) 336-8001
　　　　　　　　　　　　　　　　　　E-mail: mberkowitz@arelaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

4825-7861-2648v.1